■ TIG INSURANCE COMPANY, Plaintiff, v KREGER TRUCK RENTING CO., INC., et al., Respondents and Third-Party Plaintiffs-Respondents. MMZ ASSOCIATES, INC., et al., Third-Party Defendants-Appellants. [663 NYS2d 212] —Order, Supreme Court, New York County (Stephen Crane, J.), entered on or about September 9, 1996, which, in an action by an insurer to recover premiums allegedly due under a commercial automobile liability policy, denied third-party defendant insurance brokers' motion to dismiss the third-party complaint for failure to state a cause of action, unanimously affirmed, with costs.

We agree with the IAS Court that the insureds' third-party complaint, liberally construed, states a cause of action for fraud in alleging that the brokers induced the insureds to cancel the insurance they already had in order to take out insurance with plaintiff for a quoted premium; that although they paid the premium, plaintiff canceled the policy, claiming additional premiums above the quote were due; and that the insureds incurred losses as a result. Concur—Sullivan, J. P., Milonas, Wallach, Williams and Colabella, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARWIN NORWOOD, Appellant. [665 NYS2d 255] —Judgment, Supreme Court, New York County (Renee White, J.), rendered February 27, 1995, convicting defendant, after a jury trial, of robbery in the second degree and two counts of criminal possession of stolen property in the fourth degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, 2 to 4 years, and 2 to 4 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Questions of credibility were properly presented to the jury, which saw and heard the witnesses, and we see no reason to disturb its findings. Concur—Sullivan J. P., Milonas, Wallach, Williams and Colabella, JJ.